Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Jesus M. Casas, Yolande G. Viacava, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff-Appellee

Hector L. Roman Baez, Jr., Pro Se

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Hector Baez Jr. appeals *pro se* the denial of his motion to correct errors in his presentence investigation report. *See* Fed. R. Crim. P. 36. The district court ruled that the elimination of criminal history points from a presentence report is "not a 'clerical error' within the meaning of Rule 36." We affirm.

The district court did not err by denying Baez's motion. A district court may use Rule 36 to correct a clerical error in a judgment, Fed. R. Crim. P. 36, but the correction "may not be used to make a substantive alteration to a criminal sentence," *United States v. Portillo*, 363 F.3d 1161, 1164 (11th Cir. 2004). Baez moved to deduct points that had been assessed for four prior convictions on the grounds they "did not qualify under U.S.S.G. § 4B1.2(e)(1)" and "cause[d] [him] to have an upgrade security classification within the Federal Bureau of Prisons." Because a reduction in criminal history points would alter Baez's sentencing range, his motion does not request the type of "minor and mechanical" change allowed under Rule 36. *See id.* at 1165. Baez cannot raise a substantive challenge to the calculation of his sentence in a motion to correct a clerical error.

We **AFFIRM** the denial of Baez's motion to correct a clerical error.

## UNITED STATES of America, Plaintiff-Appellee,

v.

## Aaron Michael MURRAY, a.k.a. Tyler Peterson, Defendant-Appellant.

### No. 15-13448
### Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Date Filed: 11/30/2016

David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Bryon R. Aven, U.S. Attorney's Office—FLM, Ocala, FL, David Rodney Brown, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Donna Lee Elm, Rosemary Cakmis, Federal Public Defender's Office, Orlando, FL, Aaron Michael Murray, FCI Coleman Medium—Inmate Legal Mail, Coleman, FL, for Defendant-Appellant

Before TJOFLAT, JULIE CARNES, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Aaron Murray in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) because she finds the appeal "wholly frivolous." *Id.* at 744, 87 S.Ct. 1396. Our independent review of the entire record reveals that counsel's assessment of the relative merit of Murray's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murray's conviction and sentence are **AFFIRMED**.